IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| MOHAMMED KHAN,<br><br>        Plaintiff,<br><br>vs.<br><br>ALBERTO R. GONZALES, et al.,<br><br>        Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:07-CV-101 |

Before the Court is Defendants' motion to remand this matter to the United States Citizenship and Immigration Services ("USCIS") for final adjudication of Plaintiff's application for naturalization.  Defendants' motion is GRANTED.  The Court orders that adjudication of Plaintiff's application be REMANDED to the USCIS pursuant to 8. U.S.C. § 1447(b).  The Court instructs the USCIS to make a decision on Plaintiff's application within a reasonable time after all background checks have been completed.  The Court adopts the reasoning set forth in the Government's memoranda of law and accompanying declarations as the legal grounds on which it bases this Order.

        IT IS SO ORDERED.

        DATED this 9th day of July, 2007.

*Dee Benson*

Dee Benson
United States District Judge